# COMPLAINT
(for non-prisoner filers without lawyers)

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN**

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2019 JUL 25 P 2: 28
STEPHEN C. DRIES
CLERK

(Full name of plaintiff(s))

Raven Griffin

v.

(Full name of defendant(s))

Eduardo Garcia, Andrew Farina,
City of Milwaukee, Fifth District Police Station
ABC INSURANCE COMPANY
IRENE PARTHUM, STATE OF WISCONSIN DISTRICT ATTORNEYS OFFICE

Case Number:

**19-C-1070**

(to be supplied by Clerk of Court)

## A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)

   __2722A N. Richards St Mil, WI 53212__
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.) Irene Parthum,

2. Defendant __Eduardo Garcia, Andrew Farina, City of Milwaukee,__
   (Name)

   is (if a person or private corporation) a citizen of __WISCONSIN__

(State, if known)
and (if a person) resides at _____
(Address, if known)
and (if the defendant harmed you while doing the defendant's job)

worked for  5th District Police Station, City of Milwaukee
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On July 7th, 2016 I called 911 continueously in regards to my landlords parents who were agents for his property. Entering my place without consent and trespassing refusing to leave. The dispatch said it was civil and that they could not illegally and selfhelp evict me. I had just rented the place and only was there for a week. I was pregnant and attacked by the woman and her husband when I told them I was recording them. After attacked →

With my hair tore from my hair and kneed and stratch I drove to fifth district police station. A desk sergent name PO Stephon Cook told me that PO Eduardo Garcia said place me under arrest. I ask for what I came here to report my attack why am I being arrested and I want a lawyer. He told me I had to wait until PO Garcia arrived and took me in the back of the police station on a hard bench and cuff me to the bench. I told PO Cook I am leaking fluids I am pregnant cramping I need medical attention. He told me I had to wait for Garcia there is nothing he can do. Garcia and another officer arrived Muller and I ask for A lawyer he began to say you mess up your going to be charged with 2 counts of battery, 2 counts of Robbery and 1

count of disorderly conduct. He then began to tell me how the daughter had ties within the police department. After 30 to 45 minutes of insulting me he finally got me medical intention where at the hospital he refused to leave out the room And I was already handcuff to the bed. I miscarrige that same day losing my unborn child. After I was taken to the Milwaukee County jail and jailed for four days. All charges were dropped on July 12th, 2016 but I was still force to come in and face one count of Robbery even though they were dropped. Police reports were intentionally tampered with after I in 2018 requested documents and open background checks changed to say a call was about A robbery when in fact one officer at preliminary hearing testified they were only dispatched over a landlord tenant dispute and something about a fight. No evidence, no witnesses, and still bound over for a trial. I challenged jurisdiction at every court proceeding however Irene Parthum and the court proceeded to go on with a case outside of their jurisdiction, Therefore are liable to suit. Andrew Faina, Irene Parthum tampered with my photo array as no one picked my picture as a person who committed a crime. CD's were destroyed that say placed in inventory. Body cameras were also destroyed and not compelled.

I fought a case that ended on 7/25/2018 were at a jury trial I was found not Guilty. I am sueing for false imprisonment, emotional and mental distress and abuse. Violating my rights and discrimination. I am also sueing for malicious prosecution as Irene PArthum the prosecutor has Intentionally placed on my background record when you run my social security number that I am a convicted felon with at least 3 other false charges preventing me from credit, housing, and jobs. The City of Milwaukee employees arrested me, imprison me and had no rights or authority to do so. I have suffered injury, slander, and lost a child, I also have video of officers driving my car without Permission into their private gargage.

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

The Plaintiff request to be awarded money for violation of her 14th Amendment, false arrest, false imprisonment, and malicious prosecution, under federal law and under state law against defendants. Plaintiff request to be awarded for injury due to losing her unborn child, to be awarded for intentionally withholding and destroying exculpatory evidence, for intentionally tampering with photo array and police records, for assisting in falsifying a false charge, with no probable cause →

BACK

to be incarcerated or held for 3½ days. OR no Authority to have Plaintiff fight a case for 2 years outside of their jurisdiction as jurisdiction was challenged at every court hearing. For taking away Plaintiff right to represent herself and forcing a lawyer for months. Violating her constitutional rights under Faretta and Brady. For Anxiety, and Double jeporady violating the Plaintiff Fifth Amendment to the U.S. Constitution.

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES        ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 25th day of July 20 19.

Respectfully Submitted,

_____
Signature of Plaintiff

(414) 439-2001
Plaintiff's Telephone Number

n/A
Plaintiff's Email Address

PO BOX 12773 mil, WI 53212
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.