PP

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2021 MAY 27 P 1:06
CLERK OF COURT

Raven Griffin
Full name of plaintiff(s)

v.

Case No. 19-CV-1070
(Provided by the Clerk of Court)

Garcia et al
Full name of defendant(s)

**Amended** NON-PRISONER REQUEST TO PROCEED IN DISTRICT COURT
WITHOUT PREPAYING THE FILING FEE

Answer the following questions to the best of your ability.
**Note:** If you do not tell the truth, the Court may dismiss your lawsuit.

I. **Personal Information**

1) Are you employed? ☐ Yes ☒ No

2) Are you married? ☐ Yes ☒ No
   If "Yes," is your spouse employed? ☐ Yes ☐ No

3) Do you have any dependents that you are responsible for supporting?
   ☒ Yes ☐ No
   If "Yes," list them below:

| Name or initials (for minor children only) | Relationship to You | Age | Amount of Support Provided per Month |
|---|---|---|---|
| LG | son | 15 | $ As needed |
| NG | daughter | 13 | $ As needed |
| DG | daughter | 10 | $ As needed |

Fee Request – 1

II. **Income** – If you are married, your answers *must include your spouse's income.* (When calculating income, include any wages, salary, rent, child support, public assistance, unemployment compensation, disability payments, life insurance payments, pensions, annuities, workers' compensation, stock dividends and interest, gifts and inheritance, or other money you receive from any source.)

1) State your total *monthly* wages or salary? $ 0

2) Provide the name and address of your employer(s):

   _____0_____

3) State your spouse's total *monthly* wages or salary? $ 0

State the amount of money you have received from any other source in the last twelve months, such as the sources listed above. Please attach an additional sheet if necessary.

Source of income | Amount
--- | ---
Social Security | $ 794
0 | $ 0

III. **Expenses** – If you are married or have dependents, *your expenses should also include your household's expenses.*

1) Identify the following amounts that you pay per month:

   ☑ Rent  or ☐ Mortgage $ 350 could be more in process of moving right now.

   Car payment(s) $ 0

   Alimony or court-ordered child support $ 0

   Credit card payment(s) $ 0

   Other household expenses $ Clothing, Supplies, Body Bath etc
   (e.g., groceries, clothing, medical costs,   Children
   utilities, cell phone, internet, etc.)

2) Do you have any other *monthly* expenses that you have not already listed?
☒ Yes ☐ No

If "Yes," list them below:

| Expense | Amount |
|---|---|
| Phone bill | $ 50 |
|  | $ |
|  | $ |

3) What are your total *monthly* expenses? $ 794

IV. **Property** – If you are married, your answers must *include your spouse's property.*

1) Do you own a car? ☐ Yes ☒ No  If "Yes," list car(s) below:

| Make and Model | Year | Approximate Current Value |
|---|---|---|
| ∅ | ∅ | $ ∅ |
|  |  | $ |

2) Do you own your home(s)? ☐ Yes ☒ No

If "Yes," state the approximate value(s). $ ∅

What is the amount of equity (assessed value of residence minus outstanding mortgage balance) in the home(s)? $ ∅

3) Do you have any cash or checking, savings, or other similar accounts?
☐ Yes ☒ No

If "Yes," state the total of such sums. $ ∅

Fee Request – 3

4) Do you own any other property of value, such as real estate, stocks, bonds, trusts, or individual retirement accounts (e.g., IRA, 401 k), artwork, or jewelry?

☐ Yes  ☒ No

If "Yes," describe the property and the approximate value(s).

__0__

V. **Other Circumstances** – Describe any other financial circumstance(s) that you would like the Court to consider when reviewing this petition.

The current income and expenses would not allow me to pay for the filing fee due to being unable to I'm asking for a fee waiver. (Covid 19 public health emergency etc)
Thank you!
Also asking for Waiver because I originally asked for to proceed without payment in July of 2019. Thank you.

I, Raven Griffin, declare that I am the plaintiff bringing this complaint. I declare that I am unable to prepay the fee and that I am entitled to the relief sought in the complaint. I declare under penalty of perjury that the foregoing is true and correct.

5/27/2020
Date

Signature

Fee Request – 4